LOUISVILLE & N. R. CO. v. PITTSBURGH FUEL CO.
Court of Appeals of Kentucky.

February 14, 1950.

James P. Helm, Jr., H. T. Lively, J. L. Lenihan, and J. P. Hamilton, attorneys for movant.

Robert L. Page and Albert F. Reutlinger opposed.

PER CURIAM.

Motion for an appeal from the Jefferson Circuit Court, Common Pleas Branch, Second Division. Directed verdict for defendant in action to recover $402.50.

Appeal denied. Judgment affirmed.

Dan SPIVEY, Movant, v. COMMONWEALTH of Kentucky, Opposed.

Court of Appeals of Kentucky.

March 7, 1950.

Shumate & Shumate for movant.

A. E. Funk, Attorney General, John B. Browning, Assistant Attorney General, opposed.

PER CURIAM.

Appeal denied. Judgment affirmed.